[No. 30087-3-I.   Division One.   December 14, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
COUNTS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03759-7, Robert S. Lasnik, J., entered Jan-

uary 29, 1992. *Remanded with instructions* by unpublished per curiam opinion.